# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**LAW OFFICES OF CHRISTOPHER W. HLIBOKI**
**ONE UNIVERSITY PLAZA, SUITE 210**
**HACKENSACK, NEW JERSEY 07601**
**Telephone: (201) 488-4828**
**Facsimile: (201) 488-4846**
**Email: chliboki@hliboki-law.com**
**Attorney for Plaintiff**

|  |  |  |
|---|---|---|
| **RICHARD B. DE SIMONE,** | : | **CIVIL ACTION NO.: 3:08-cv-1857** |
|  | : | |
| **Plaintiff,** | : | |
| **vs.** | : | |
|  | : | **REVISED PRE-TRIAL** |
| **UNITED STATES OF AMERICA,** | : | **SCHEDULING ORDER** |
|  | : | |
| **Defendant.** | : | |
|  | : | |
| _____ | : | |

This matter having come before the Court during a scheduled telephone status conference; and the Court having considered the positions of the parties; and good cause having been shown,

IT IS on this 14th day of December, 2009,

ORDERED THAT:

1.    The parties will have until January 31, 2010 to conclude all fact discovery in this matter.  No discovery will issue beyond that date, except upon motion and for good cause shown.

2.    Counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion.  No discovery motion will be entertained absent counsel's full compliance with L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f).

3.    Any discovery or case management disputes will be brought to the attention of the United States Magistrate Judge.  L. Civ. R. 37.1(a)(1); *see also* Loc. Civ. R. 16.1(f).

4.      In accordance with Fed. R. Civ. P., 30, the parties shall be limited to fifteen (15) depositions, per side, except upon leave of Court.  In accordance with Fed. R. Civ. P. 33, the parties shall be limited to twenty-five interrogatories (including all subparts), per party, except upon leave of Court.

5.      A Settlement Conference will be held before the Honorable Lois Goodman, U.S.M.J. United States District Court District of New Jersey 402 East State Street, Room 7050 Trenton, NJ 08608 on February 10, 2010 at 2:00 PM.  Plaintiff must be present.  In addition, Defendant must have a representative with full settlement authority available via telephone.  No later than five days prior to the settlement conference, each party is to deliver via facsimile or electronic mail to the Court a confidential (ex parte) letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, the status of the case, and the client's position of settlement.

6.      Any dispositive motions must be filed by March 12, 2010, and made returnable on April 5, 2010.

_____
HONORABLE LOIS GOODMAN
United States Magistrate Judge